B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Southern District of New York
**Case No. 14–23521–rdd**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Uanderson Benedetti                      Luana C. Benedetti
  275 Broadfield Road                     275 Broadfield Road
  New Rochelle, NY 10804             New Rochelle, NY 10804

Last four digits of Social–Security or other Individual Taxpayer–Identification No(s)(if any):
  xxx–xx–5653                            xxx–xx–4335

Employer Tax–Identification No(s).(EIN)[if any]:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                BY THE COURT

Dated: <u>January 21, 2015</u>                             <u>Robert D. Drain</u>
                                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re:                                                            Case No. 14-23521-rdd
Uanderson Benedetti                                               Chapter 7
Luana C. Benedetti
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0208-7          User: ctogher            Page 1 of 2             Date Rcvd: Jan 21, 2015
                              Form ID: b18             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2015.
```
db/jdb         +Uanderson Benedetti,    Luana C. Benedetti,    275 Broadfield Road,    New Rochelle, NY 10804-2412
6590743        +ALBERT HATEM PC,    202 MAMARONECK AVENUE #201,     WHITE PLAINS, NY 10601-5321
6590745        +BARTLETT MCDONOUGH & MONAGHAN,     81 MAIN STREET,    WHITE PLAINS, NY 10601-1719
6590746        +BRONX RIVER EQUIPMENT,    39 MOUNT VERNON AVENUE,     MOUNT VERNON, NY 10550-2432
6590750        +COLONIAL SURETY COMPANY,    50 CHESTNUT RIDGE ROAD,     MONTVALE, NJ 07645-1841
6590752        +DEUTSCHE BANK NAT'L TRUST,    888 EAST WALNUT STREET,     PASADENA, CA 91101-1895
6590753        +E.D. MECHANICAL INC,    37-20 30TH STREET,    LONG ISLAND CITY, NY 11101-2614
6590754       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: FORD CREDIT- BANKRUPTCY SERVIC,    P.O. BOX 537901,
                 LIVONIA, MI 48153-7901)
6600235        +Ford Motor Credit Company LLC,     c/o Schiller & Knapp LLP,    950 New Loudon Road,    Suite 109,
                 Latham, NY 12110-2100
6590756        +GITTELMAN & COMPANY PC,    300 COLFAX AVENUE,    PO BOX 2369,    CLIFTON, NJ 07015-2369
6590758        +GOTTESMAN WOLGEL MALAMY ET AL,     11 HANOVER SQUARE,    NEW YORK, NY 10005-2818
6590760        +HS FINANCIAL GROUP, INC,    PO BOX 451193,    WESTLAKE, OH 44145-0630
6590761        +HUDSON VALLEY BANK,    21 SCARSDALE ROAD,    TUCKAHOE, NY 10707-3204
6590763         JOHNNY ON THE SPOT,    C/O KATHLEEN WALL, ESQ.,     2640 HIGHWAY 70, POB A,   MANASQUAN, NJ 08736
6590764         MARJAM SUPPLY CO., INC.,    685 CONKLIN STREET,     EAST SETAUKET, NY 11733
6590765        +MARK NICHTER,    44 SOUTH BROADWAY,    WHITE PLAINS, NY 10601-4438
6590767         METRO GREEN LLC,    100A OAK STREET,    MOUNT VERNON, NY 10550
6590769        +MICHAEL DELANEY, ESQ.,    MCELROY DEUTSCH MULVANEY ET AL,     1300 MOUNT KEMBLE AVENUE,
                 MORRISTOWN, NJ 07960-8007
6590768        +MICHAEL DELANEY, ESQ.,    MCELROY DEUTSCH MULVANEY ET AL,     88 PINE STREET 24TH FLOOR,
                 NEW YORK, NY 10005-1801
6590771        +MURRAY LUBITZ, ESQ.,    245 MAIN STREET,    WHITE PLAINS, NY 10601-2411
6605633        +Martin A. Mooney, Esq.,    SCHILLER & KNAPP, LLP,     950 New Loudon Road, Suite 109,
                 Latham, New York 12110-2182
6590773        +NYS DEPT OF TAXATION & FINANCE,     WA HARRIMAN CAMPUS,    ALBANY, NY 12227-0001
6590777        +PRESSLER & PRESSLER,    210 SYLVAN AVENUE,    ENGLEWOOD CLIFFS, NJ 07632-2524
6590778        +RICOH USA,   3920 ARKWRIGHT ROAD #400,     MACON, GA 31210-1748
6590779        +ROTHBARD ROTHBARD KOHN &KELLER,     50 PARK PLACE 31228,    NEWARK, NJ 07102-4395
6590781        +SHARINN & LIPSHIE,    333 EARL OVINGTON BLVD,    SUITE 302,    UNIONDALE, NY 11553-3693
6590782        +SHIEL MEDICAL LABS,    63 FLUSHING AVENUE #336,     BROOKLYN, NY 11205-1083
6590783        +STEIN & STEIN,    ONE RAILROAD SQUARE,    HAVERSTRAW, NY 10927-1503
6628706        +Scott A. Levin,    McElroy, Deutsch, Mulvaney,    & Carpenter, LLP,
                 88 Pine Street -- 24th Floor,    New York, New York 10005-1813
6590784        +TRAVELERS,    ATTN: GENERAL COUNSEL,    ONE TOWER SQUARE,    HARTFORD, CT 06183-0002
6590785        +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD,     TOLEDO, OH 43614-1501
6590786        +URBAN ARBORISTS,    522 STATE STREET,    BROOKLYN, NY 11217-1916
6590787        +VERLIANCE,    43525 RIDGE PARK DRIVE,    TEMECULA, CA 92590-3681
6590788        +WESTCHESTER FIRE INSURANCE CO,    1133 AVENUE OF THE AMERICA'S,     NEW YORK, NY 10036-6710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 21 2015 19:09:34      United States Trustee,
                 Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-9449
6590759         EDI: HNDA.COM Jan 21 2015 19:13:00      HONDA FINANCIAL SERVICES,    600 KELLY WAY,
                 HOLYOKE, MA 01040
6590744        +EDI: BANKAMER.COM Jan 21 2015 19:13:00      BANK OF AMERICA,    1825 EAST BUCKEYE ROAD,
                 PHOENIX, AZ 85034-4216
6590747        +EDI: CAPITALONE.COM Jan 21 2015 19:13:00      CAPITAL ONE,    ATTN: BANKRUPTCY DEPT,
                 6125 LAKEVIEW ROAD SUITE 800,    CHARLOTTE, NC 28269-2605
6590748        +EDI: CHASE.COM Jan 21 2015 19:13:00      CHASE LEGAL,    1985 MARCUS AVENUE,
                 NEW HYDE PARK, NY 11042-2008
6590749        +EDI: SEARS.COM Jan 21 2015 19:13:00      CITIBANK/SEARS,    PO BOX 6282,
                 SIOUX FALLS, SD 57117-6282
6590751        +EDI: TSYS2.COM Jan 21 2015 19:13:00      DEPARTMENT STORES NAT'L BANK,    PO BOX 8053,
                 MASON, OH 45040-8053
6590755        +EDI: RMSC.COM Jan 21 2015 19:13:00      GE CAPITAL RETAIL BANK,    ATTN: BANKRUPTCY DEPT.,
                 PO BOX 103106,    ROSWELL, GA 30076-9106
6590762         EDI: IRS.COM Jan 21 2015 19:13:00      INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY UNIT,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
6590770        +EDI: MID8.COM Jan 21 2015 19:13:00      MIDLAND CREDIT,    8875 AERO DRIVE, SUITE 200,
                 SAN DIEGO, CA 92123-2255
6590772        +E-mail/PDF: bankruptcy@ncfsi.com Jan 21 2015 19:14:52      NEW CENTURY FINANCIAL,
                 110 S. JEFFERSON ROAD,    WHIPPANY, NJ 07981-1038
6590774        +Fax: 407-737-5634 Jan 21 2015 19:21:05      OCWEN LOAN SERVICING, LLC,    ATTN: LEGAL DEPARTMENT,
                 1661 WORTHINGTON ROAD STE 100,    WEST PALM BEACH, FL 33409-6493
6590776         EDI: PRA.COM Jan 21 2015 19:13:00      PORTFOLIO RECOVERY ASSOCIATES,    ATTN: BANKRUPTCY,
                 120 CORPORATE BLVD #100,    NORFOLK, VA 23502
6590780        +EDI: NAVIENTFKASMSERV.COM Jan 21 2015 19:13:00      SALLIE MAE,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
                                                                                              TOTAL: 14
```

```
District/off: 0208-7          User: ctogher              Page 2 of 2                  Date Rcvd: Jan 21, 2015
                              Form ID: b18               Total Noticed: 48
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Colonial Surety Company
cr              Ford Motor Credit Company LLC as agent for CAB Eas
6590757*      +GITTELMAN & COMPANY, PC,    300 COLFAX AVENUE,    PO BOX 2369,    CLIFTON, NJ 07015-2369
6590766     ##+MCCABE WEISBERG & CONWAY,    145 HUGUENOT STREET #401,    NEW ROCHELLE, NY 10801-5237
6590775     ##+PAUL MICHAEL MARKETING,    186-09 UNION TURNPIKE,    FRESH MEADOWS, NY 11366-1741
                                                                          TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2015 at the address(es) listed below:
```
              Howard P. Magaliff    trustee@r3mlaw.com,  hmagaliff@ecf.epiqsystems.com;lschildkraut@r3mlaw.com
              Martin A. Mooney    on behalf of Creditor    Ford Motor Credit Company LLC as agent for CAB East,
               LLC arappold@schillerknapp.com
              Scott A. Levin    on behalf of Creditor    Colonial Surety Company slevin@mdmc-law.com
              Steven J. Cooper    on behalf of Debtor Uanderson  Benedetti fallcoop@aol.com
                                                                                         TOTAL: 4
```