**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Uanderson Benedetti and Luana C. Benedetti        CASE NO.: 14–23521–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 7
xxx–xx–5653    xxx–xx–4335

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Howard P. Magaliff is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 9, 2021

                                              Robert D. Drain, Bankruptcy Judge