**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Uanderson Benedetti and Luana C. Benedetti        CASE NO.: 14−23521−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 7
xxx−xx−5653    xxx−xx−4335

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Howard P. Magaliff is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 9, 2021

                                              Robert D. Drain, Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 14-23521-rdd |
| Uanderson Benedetti | Chapter 7 |
| Luana C. Benedetti | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: | Page 1 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: 149 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Uanderson Benedetti, Luana C. Benedetti, 275 Broadfield Road, New Rochelle, NY 10804-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard P. Magaliff | trustee@r3mlaw.com  hcolon@r3mlaw.com;hmagaliff@iq7technology.com;ecf.alert+Magaliff@titlexi.com |
| Martin A. Mooney | on behalf of Creditor Ford Motor Credit Company LLC as agent for CAB East  LLC lgadomski@schillerknapp.com, lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com |
| Michael Thomas Rozea | on behalf of Creditor Ocwen Loan Servicing  LLC, as servicer for Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust 2006-A2 Mortgage Pass-Through Certificates, Series 2006-B mrozea@hillwallack.com, dbarroso@hillwallack.com;mtrozeaesq@gmail.com |
| Scott A. Levin | on behalf of Creditor Colonial Surety Company slevin@mdmc-law.com |
| Scott A. Levin | |

| | | |
|---|---|---|
| District/off: 0208-7 | User: | Page 2 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: 149 | Total Noticed: 1 |

on behalf of Plaintiff Colonial Surety Company slevin@mdmc-law.com

Steven J. Cooper

on behalf of Joint Debtor Luana C. Benedetti fallcoop@aol.com

Steven J. Cooper

on behalf of Debtor Uanderson Benedetti fallcoop@aol.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 8